**AURORA MINING COMPANY v. H. C. VANDERBILT.**

No. 9766.

Circuit Court of Appeals, Ninth Circuit.

April 14, 1941.

McMicken, Rupp & Schweppe, of Seattle, Wash., and Jess Hawley, of Boise, Idaho, for appellant.

Whitla & Knudson, and W. F. McNaughton, all of Coeur d'Alene, Idaho, for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel for respective parties, ordered appeal herein dismissed, that a judgment be filed and entered accordingly, and mandate of this court issued forthwith.

**Alexander J. BOCZ, Appellant, v. Theodore I. FRY, Trustee of Reo Motor Company, a Michigan Corporation, Appellee.**

No. 8482.

Circuit Court of Appeals, Sixth Circuit.

March 10, 1941.

Alexander J. Bocz, of Detroit, Mich., in pro per.

Shields, Ballard, Jennings & Taber, of Lansing, Mich., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of the record, briefs and arguments of counsel, appellant appearing in his own behalf, and it appearing to the court that due to the chaotic and insufficient condition of the record and to the confused, indefinite, and incoherent contents of appellant's brief, no basis for assignments or averments of error is disclosed.

It is therefore ordered and adjudged that the decree appealed from be, and the same is in all things, affirmed.

**Bernard H. DANIEL, Appellant, v. UNITED STATES of America.**

No. 11846.

Circuit Court of Appeals, Eighth Circuit.

March 11, 1941.

Sam Mandell, of Kansas City, Mo., for appellant.

Maurice M. Milligan, U. S. Atty., and Otto Schmid, Asst. U. S. Atty., both of Kansas City, Mo., for appellee.

PER CURIAM.

Judgment and sentence of District Court reversed and case remanded for proceedings consistent with opinions of this court in Arnold v. United States, 8 Cir., 115 F.2d 523, and Gregg v. United States, 8 Cir., 116 F.2d 609, on suggestion of error by appellee.

**Edythe HAMMOND, Plaintiff-Appellant, v. INSURANCE COMPANY OF NORTH AMERICA, Defendant-Respondent.**

No. 131.

Circuit Court of Appeals, Second Circuit.

Dec. 23, 1940.

Walsh & Levine, of New York City (William F. Walsh and Abraham Greenbush, both of New York City, of counsel), for appellant.

Bigham, Englar, Jones & Houston, of New York City (George S. Brengle and Henry J. Bogatko, both of New York City, of counsel), for respondent.

Before SWAN and CLARK, Circuit Judges.

PER CURIAM.

Judgment affirmed, 37 F.Supp. 674, on opinion below.